

CASE No. 17-11541

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

JOSEPH LLEWELLYN WORRELL, et al.,

Plaintiff-Appellant

v.

BECKER & POLIAKOFF, P.A, et al.,

Defendants-Appellees

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

---

### NOTICE PURSUANT TO 50 USC 3901 ET.SEQ.(SCRA)

Joseph L. Worrell, pro se.
C/O Post Office Box 30071
West Palm Beach, FL 33420
Telephone: (561) 315-1750
Email: joseph.worrell@navy.mil; joworr@yahoo.com

i

Appellant(s) hereby serve notice pursuant to the Servicemember Civil Relief Act (SCRA); 50 U.S.C. App. §§ 3901-4044. The law provides that no period of active duty service shall be included in computing any time limited by law; *Id § 3936*. According to the SCRA, members of the Reserve Forces are by law protected from the date they <u>receive</u> military orders to report for Active Duty; SCRA §3917. Section 3934 of the Act further provides for ministerial vacatur of adverse actions taken during protected periods of military service. The SCRA umbrella protections should also be construed liberally with an eye most friendly to those who are obligated to drop their affairs to answer their country's call; <u>Boone v. Lightner</u>, 319 U.S. 561, 575 (1943).

As evidenced by attached Appendix Appellant has received orders to report for active duty, as defined within U.S.C. title 10. It is suggested therefore that federal law operates to impose a suitable stay, such that any time permitted by law is tolled and extended in accordance with the SCRA, and to allow for performance of military obligations. Note that active duty service may be adjusted by order modifications, and or Back to Back orders - based on the needs of the Military.

Normally, the SCRA provides at least for a 90-day postponement in civil proceedings after release from active duty. But in this instance, Appellant hopes to meet initial filing deadlines in this case by July 15, 2017, after release from active duty. Your support for the Military, and your cooperation in this matter is appreciated.

Respectfully submitted,

Dated: May 19, 2017

*/s/ Joseph L. Worrell*
Joseph L. Worrell

Served via ECF.

ii

Case No. 17-11541

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JOSEPH LLEWELLYN WORRELL, et al.,

Plaintiff-Appellant

v.

BECKER & POLIAKOFF, P.A,

# APPENDIX

- 05/19/2017 TITLE 10 ACTIVE DUTY MILITARY ORDERS

**ORIGINAL**

```
1572
NROWS/4219499/0
SDN: N8510517RT31046
19 MAY 2017
```

FROM: COMMANDING OFFICER NOSC MIAMI, FL
TO: CE2 JOSEPH L WORRELL, USN, 

SUBJ: ORDERED TO A[NNUAL] TRAINING; CASE OF CE2 JOSEPH L WORRELL, USN,

1. REPORT FOR ANNUAL TRAINING TO THE COMMANDING OFFICER, NMCB FOURTEEN JACKSONVILLE, 5301 BAINBRIDGE ST, GULFPORT, MS 39501 NO LATER THAN 0000 ON 19 JUN 2017 FOR DUTY WITH NMCB 14, UIC: 08913. PERIOD OF DUTY: 18 JUN 2017 TO 30 JUN 2017 FOR 13 DAYS. YOU ARE A MEMBER OF RESERVE UIC: 85105. WHILE PERFORMING DUTY UNDER THESE ORDERS, YOU ARE SUBJECT TO THE UNIFORM CODE OF MILITARY JUSTICE (UCMJ). FOR ALL IDTT ORDERS IN FOREIGN COUNTRIES, INACTIVE DUTY TRAINING PERIODS SHALL RUN CONTINUOUSLY FROM TIME OF ARRIVAL IN COUNTRY UNTIL TIME OF DEPARTURE. AS THEY ARE ON ORDERS IN A DUTY STATUS, MEMBERS WILL BE SUBJECT TO APPLICABLE STATUS OF FORCES AGREEMENTS (SOFA) AS WELL AS SUBJECT TO THE UNIFORM CODE OF MILITARY JUSTICE (UCMJ).

2. UPON COMPLETION OF SUBJECT DUTY, WITH THE EXCEPTION OF BACK TO BACK ORDERS, YOU WILL RETURN TO THE ENDING LOCATION BELOW YOUR NAME AND UPON ARRIVAL YOU WILL STAND RELEASED FROM SUBJECT DUTY (JFTR U7150.A1). FOR BACK TO BACK ORDERS, UPON COMPLETION OF THE FINAL SET OF ORDERS, YOU WILL RETURN TO THE ENDING LOCATION BELOW YOUR NAME AND UPON ARRIVAL, YOU WILL STAND RELEASED FROM DUTY (JFTR U5120.A AND U4105.F).

3. APPROPRIATION FOR THE PERIOD OF 18 JUN 2017   30 JUN 2017 (13 DAYS) IS:
PAY and ALLOWANCE:



4. PER[SONAL]

5. REN[TAL]
GULFPOR[T]

6. QUA[RTERS]
GULFPOR[T] ... NOT AVAILABLE
... MISSISSIPPI.

FOR OFFICIAL USE ONLY

# IN THE ELEVENTH CIRCUIT COURT OF APPEALS
# OF THE UNITED STATES

| | |
|---|---|
| JOSEPH L. WORRELL. et al.,<br>*Appellant,* | District Court Case No.:<br>9:16-cv-80870-WJZ |
| VS. | [ Related Case # 9:16-cv-80837-KAM] |
| Becker & Poliakoff, P.A., et al.,<br>*Appellees.* | APPELLATE CASE:<br>17-11541-FF |

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

DISCLOSURE STATEMENT AND CIP

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 26.1-1 of this Court, Appellant, to the best of information and belief, states that:

I. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is as follows -

1) Joseph Llewellyn Worrell, And Military Dependents, Appellants.

2) Steven M. Davis, Esq., Shareholder, and Counsel for Appellee.

3) Lisa M. Castellano, Shareholder, and Co-counsel for Appellee.

4)  Becker & Poliakoff, P.A., Appellee, is a global legal services law firm.

5)  Alan J. Fisher, PA, Appellee, is a legal services law firm.

6)  Robin R. Weiner, Esq., Appellee, is the standing Chapter 13 Bankruptcy Trustee for Region 13 in the Southern District of Florida.

7)  Steven R. Turner, is the Assistant U.S. Trustee for the Southern District of Florida.

8)  Retained Realty, Inc. Appellee, is a wholly owned subsidiary of Emigrant Mortgage Company, Inc. ("EMC").

9)  EMC, Appellee, is a wholly owned subsidiary of Emigrant Credit Corporation ("ECC").

10) ECC is a wholly owned subsidiary of Emigrant Bank ("EB").

11) EB is a wholly owned subsidiary of Emigrant Bancorp, Inc.

12) Emigrant Bancorp, Inc. is a wholly owned subsidiary of the New York Private Bank & Trust Corporation.

II. The name of each victim (individual or corporate of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution):

- Joseph Llewellyn Worrell, And Military Dependents, Appellants.

III.   These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

IV.   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Submitted Respectfully by:

Joseph L. Worrell
P O Box 30071
West Palm Beach, FL 33420
Civilian Email (unsecured):
joworr@yahoo.com

Dated: May 18, 2017.

## Certificate of Service:

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via ECF to all parties requiring service.