# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 23, 2017

Joseph Llewellyn Worrell
PO BOX 30071
PALM BEACH GARDENS, FL 33420

Appeal Number: 17-11541-FF
Case Style: Joseph Worrell v. Becker & Poliakoff, P.A., et al
District Court Docket No: 9:16-cv-80870-WJZ

The enclosed notice is returned to you unfiled. This appeal was dismissed on June 22nd.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

LetterHead Only